1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CORY ROBINSON,                      Case No. CV 12-2084 JVS (SS)

12              Petitioner,

13        v.                             **JUDGMENT**

14   ANTHONY HEDGPETH, Warden,

15              Respondent.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18   Conclusions   and   Recommendations   of   United   States   Magistrate

19   Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed with prejudice.

23

24   Dated: November 25, 2013

25                                       _____
                                         JAMES V. SELNA
26                                       UNITED STATES DISTRICT JUDGE

27

28